UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIA WILLIAMS, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC<br><br>　　　　　　　Defendant. | Case No.  1:17-cv-02423-MKB-VMS<br><br>**STIPULATION OF SETTLEMENT AND DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s), that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:　Brooklyn, New York
　　　　August 29, 2017

| | |
|---|---|
| By: /s/ Joseph H. Mizrahi<br>Joseph H. Mizrahi, Esq.<br>Joseph H. Mizrahi Law, P.C.<br>300 Cadman Plaza West, 12th Floor<br>Brooklyn, New York 11201<br>(917) 299-6612<br>Fax: (347) 665-1545<br>JmizrahiLaw@gmail.com<br>*Attorney for Plaintiff* | By: /s/ Peter Cipparulo, III<br>Peter Cipparulo, III, Esq.<br>Law Offices of Peter Cipparulo, III, LLC<br>349 Route 206, Suite K<br>Hillsborough, NJ 08844<br>908-275-8777<br>Fax:  973-737-1617<br>petercipparulo@cipplaw.com<br>*Attorney for Defendant* |

SO ORDERED:
s/ MKB 9/1/2017

_____
MARGO K. BRODIE
United States District Judge